No. 68669.—Ace Import Co., Inc. *v.* United States, protest 63/15182 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of permanently fitted plastic cases similar in all material respects to those the subject of Abstract 64484, the claim of the plaintiff was sustained.

No. 68670.—P. W. Drittler *v.* United States, protests 61/2484, etc. (Detroit).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of wood similar in all material respects to that the subject of Abstract 68213, the claim of the plaintiff was sustained.

No. 68671.—Daprato Statuary Co. *v.* United States, protests 61/21374 and 62/11628 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the item on entry 913247 consists of one venetian mosaic, portraying "The Day of Judgment," that the item on entry 745573 consists of one venetian mosaic panel, entitled "Love of Nature," and that said items are produced by a professional artist and valued for their aesthetic and emotional appeal, the claim of the plaintiff was sustained. *Margaret Silberman* v. *United States* (44 Cust. Ct. 197, C.D. 2175), followed.